UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH GLEN ERICKSON,

    Plaintiff,

vs.

LAURA ERICKSON, *et al.*,

    Defendants.

Case No.: 3:17-CV-00326-RCJ-VPC

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 19)

    The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 19) entered on November 17, 2017, in which the Magistrate Judge recommends the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1), file Plaintiff's *Pro se* Complaint (ECF No. 16) and dismiss the Complaint with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 19).

    IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

///

1

IT IS FURTHER ORDERED that the Clerk of the Court close the case.

IT IS HEREBY ORDERED this 7th day of December, 2017.

_____
ROBERT C. JONES